

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Munson<br><br>                                   **Plaintiff,**<br>V.<br>Alan P. Murad; Trezyia N. Murad; Fast Fuel, Inc., a California Corporation; M Fuel I Inc., a California Corporation; DOES 1-10<br>                                   **Defendant.** | Civil Action No. 17cv2499-MMA(BGS)<br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants in part Plaintiff's motion for default judgment against Defendants Alan P. Murad, Trezyia N. Murad, Fast Fuel, Inc., and M Fuel I Inc. The Court directs the Clerk of Court to enter judgment against Defendants, and in favor of Plaintiff in the total amount of $4,600.00. The Court orders Defendants to provide and designate accessible parking in compliance with the Americans with Disabilities Act Accessibility Guidelines at the property located at 4505 Clairemont Mesa Blvd., San Diego, California.

Date: 6/26/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ R. Chapman

R. Chapman, Deputy